# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:21-CR-0083-P |
| Defendant: | Zackey Rahimi |
| Interpreter: | n/a |
| Court Reporter: | DIGITAL |
| US attorney: | Frank Gatto — Shawn Smith |
| Defense attorney: | Michael Lehmann |
| Time in Court: | 6 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | April 19, 2021 |
| Status: | The Defendant entered plea of not guilty to the indictment. Deft continued in custody |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |

Other Information: