UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 4:21-CR-083-P (01) |
| ZACKEY RAHIMI | § § | |

NOTICE OF DESIGNATION OF CASE ASSIGNMENT

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his or her signature that he or she is the staff attorney designated to work on this case.

Dated: 04/20/2021

*s/Rachel Taft*
RACHEL TAFT
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 24097171
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753
(817) 978-2757 (fax)

CERTIFICATE OF SERVICE

I, Rachel Taft, hereby certify that on this the 20th day of April 2021, I electronically filed this document with the Clerk of the United States District Court, Northern District of Texas, using the Court's electronic filing system. This system sent a "Notice of Electronic Filing" to the United States Attorney.

*s/Rachel Taft*
RACHEL TAFT