AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

| Northern | District of | Texas |

2021 APR 21 PM 1:33

DEPUTY CLERK

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

Zackey Rahimi
also known as
Zachey Rahimi

Case Number: 4:21-cr-00083-P-1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Zackey Rahimi also known as Zachey Rahimi

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ✔ Indictment | Information | Complaint | Order of court | Probation Violation Petiton | Supervised Release Violation Petition | Violation Notice |

charging him or her (brief description of offense)

Firearm Possession While Under Domestic Violence Restraining Order.

in violation of Title    18    United States Code, Section(s)    922(g)(8) and 924(a)(2)

Karen Mitchell, U.S. District Court Clerk

Name and Title of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge Jeffrey L. Cureton

04/15/2021                Fort Worth, Texas

Date                    Location

By:    s/P. Fisher

Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| TARRANT CO. JAIL, FORT WORTH, TX |

| DATE RECEIVED 4/15/2021 | NAME AND TITLE OF ARRESTING OFFICER JESSICA RADD ATF SA | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/19/2021 | | |