# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Rearraignment **NON-EVIDENTIARY** HELD |
| Case number: | 4:21-CR-083-P |
| Defendant | ZACKEY RAHIMI, sworn |
| Court Reporter | Monica Guzman |
| Interpreter: | N/A |
| US Attorney: | Frank Gatto - Shawn Smith |
| Defense Attorney: | Rachel Taft, FPD |
| Time in Court: | 10 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | May 26, 2021 |
| Status: | Defendant entered plea of guilty to 1 Ct. Indictment |
| | Deft TBS: September 23, 2021 |
| | PSI Referral Form to Defendant's Attorney |
| | Scheduling Order to follow |
| | Deft continued in custody |
| Deputy Clerk: | Julie Harwell |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 26 2021

CLERK, U.S. DISTRICT COURT
By_____
  Deputy