IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:21-CR-083-P |
| ZACKEY RAHIMI (01) | |

GOVERNMENT'S NOTICE REGARDING
ACCEPTANCE OF RESPONSIBILITY

The United States of America files this Government's Notice Regarding Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that Zackey Rahimi is entitled to a reduction for Acceptance of Responsibility, and that his offense level is 16 or greater, the Government moves that Rahimi receive an additional third point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), because Rahimi has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

[Remainder of page intentionally left blank]

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY


*s/ Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney
Texas State Bar No. 24062396
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5213
Facsimile: 817-252-5455
Email: frank,gatto@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2021, the foregoing Government's Notice Regarding Acceptance of Responsibility was served by hand-delivery to the United States Probation Office, U.S. Courthouse, 501 W. 10th Street, Fort Worth, Texas 76102 and the counsel for the defendant, Assistant Federal Public Defender, Rachel M. Taft.


*s/ Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney

**Government's Notice Regarding Acceptance of Responsibility - Page 2**