UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | | |
| Plaintiff § | | |
| v. § | | |
| § | 4:21-CR-00083-P (01) | |
| **ZACKEY RAHIMI,** § | | |
| Defendant § | | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Defendant, ZACKEY RAHIMI, hereby notifies this Court of the substitution of counsel on the above-captioned matter. RACHEL TAFT, Assistant Federal Public Defender, was assigned to handle this case at the district court level. BRANDON BECK, Assistant Federal Public Defender, will be handling the appeal on this case.

Respectfully submitted,

BY:  *s/Brandon Beck*
BRANDON BECK
Assistant Federal Public Defender
Texas State Bar No. 24082671
1205 Texas Avenue, Rm. 507
Lubbock, TX  79401
(806) 472-7236(TEL)
(806) 472-7241(FAX)

### CERTIFICATE OF SERVICE

I, Brandon Beck, hereby certify that on this the 7th day of October 2021, I electronically filed this document with the Clerk of the United States District Court, Northern District of Texas, using the Court's electronic filing system. This system sent a "Notice of Electronic Filing" to the Assistant United States Attorney, Frank Gatto.

*s/Brandon Beck*
BRANDON BECK