IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZACKEY RAHIMI | NO.  4:21-CR-083-P |

## NOTICE OF PUBLICATION

Pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), I certify that the government posted notice of this forfeiture action on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on September 2, 2021 as shown by the Advertisement Certification Report attached as Exhibit A.

              Respectfully submitted,

              CHAD E. MEACHAM
              ACTING UNITED STATES ATTORNEY


              */s/ Frank L. Gatto*
              FRANK L. GATTO
              Assistant United States Attorney
              Texas State Bar No. 24062396
              Burnett Plaza, Suite 1700
              801 Cherry Street, Unit #4
              Fort Worth, Texas 76102
              Telephone: 817-252-5200
              Facsimile:  817-252-5455

## CERTIFICATE OF SERVICE

      I hereby certify that on October 13, 2021, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a Notice of Electronic Filing to the following party who has, presumably, consented in writing to accept this Notice as service of this document by electronic means: Rachel M. Taft, counsel for defendant.

                                           */s/ Frank L. Gatto*
                                           FRANK L. GATTO
                                           Assistant United States Attorney