**FILED**
**February 2, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 01, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-11001    USA v. Rahimi
                     USDC No. 4:21-CR-83-1-P

The court has granted an extension of time to and including February 17, 2022 for filing appellant's brief in this case.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _____
                     Roeshawn Johnson, Deputy Clerk
                     504-310-7998

Mr. Brandon Elliott Beck
Ms. Karen S. Mitchell
Ms. Leigha Amy Simonton
Ms. Rachel Maureen Taft