**FILED**

**February 23, 2022**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 22, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 21-11001    USA v. Rahimi
                        USDC No. 4:21-CR-83-1 -P

The court has granted the motion to file brief out of time in this
case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Roeshawn Johnson, Deputy Clerk
                        504-310-7998

Mr. Brandon Elliott Beck
Ms. Karen S. Mitchell
Ms. Leigha Amy Simonton
Ms. Rachel Maureen Taft