**FILED**
**April 13, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 13, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-11001    USA v. Rahimi
                       USDC No. 4:21-CR-83-1-P

The court has granted an extension of time to and including May 2, 2022, for filing appellee's brief in this case.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Roeshawn Johnson, Deputy Clerk
                                      504-310-7998

Mr. Brandon Elliott Beck
Mr. Daniel Kane
Ms. Karen S. Mitchell
Ms. Leigha Amy Simonton
Ms. Rachel Maureen Taft