IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.  4:21-CR-83-P |
| ZACKEY RAHIMI (01) | |

### FINAL ORDER OF FORFEITURE

After review of the government's Unopposed Motion for a Final Order of Forfeiture, the Court GRANTS it.

In compliance with 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(A), the government has provided notice of the Preliminary Order of Forfeiture (Dkt. 39).  The government published notice of the order on an official government internet website for at least 30 consecutive days beginning on September 2, 2021 (Dkt. 53).  The government did not need to send direct notice to any persons or entities because it did not identify any who appeared to be a potential claimant to the property ordered forfeit in the Preliminary Order of Forfeiture.

No persons or entities filed petitions claiming an interest in any of the property subject to the Court's Preliminary Order of Forfeiture.

The defendant has appealed the judgment but has not obtained a stay of the forfeiture under Fed. R. Crim. P. 32.2(d).

Accordingly, it is HEREBY ORDERED and ADJUDGED:

Pursuant to Fed. R. Crim. P. 32.2(c), 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853 all right, title, and interest in:

      a.      Glock, model 21 Gen 4, .45 caliber pistol, bearing serial number YBX386;

      b.      Century Arms, model C308 Sporter, .308 caliber rifle, bearing serial number C308E32588;

      c.      Zastava PAP M92 PV, 762 caliber pistol, bearing serial number M92PV060567; and

      d.      any associated ammunition recovered with the firearms

is hereby forfeited to and vested in the United States of America.

As provided in 21 U.S.C. § 853(n)(7), the United States of America has clear title to such property and may warrant good title to any subsequent purchaser or transferee.

The forfeited property shall be disposed of according to law and the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**SO ORDERED.**

Signed June 22, 2022.

_____
**MARK T. PITTMAN**
**UNITED STATES DISTRICT JUDGE**

**Final Order of Forfeiture – Page 2**