# United States Court of Appeals for the Fifth Circuit

FILED
July 8, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

No. 21-11001

United States of America,

*Plaintiff—Appellee*,

*versus*

Zackey Rahimi,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-83-1 -P

Before King, Costa, and Ho, *Circuit Judges*.

Per Curiam:

ORDER

The opinion filed on June 8, 2022, *United States v. Rahimi*, No. 21-11001, 2022 WL 2070392 (5th Cir. June 8, 2022), is hereby WITHDRAWN. The Clerk is directed to expedite this case and set it for oral argument on the next available calendar. The pending petition for rehearing en banc is hereby DISMISSED as moot. The parties shall file additional briefing addressing the effect of *New York State Rifle & Pistol Association v. Bruen* on this case on a schedule set by the Clerk's office.

So ORDERED.