**FILED**
**February 3, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 03, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 21-11001   USA v. Rahimi
                           USDC No. 4:21-CR-83-1

Dear Ms. Mitchell,

The Court's mandate issued forthwith on February 2, 2023, is hereby recalled.

The District Court Clerk is advised to remove our mandate from the docket.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Whitney M. Jett, Deputy Clerk
                           504-310-7772

cc:
    Mr. Brandon Elliott Beck
    Mr. William A. Glaser
    Mr. Brian W. McKay
    Mr. John Michael Pellettieri
    Mr. James Matthew Wright