**FILED**
**March 24, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 2, 2023
Lyle W. Cayce
Clerk

No. 21-11001

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

ZACKEY RAHIMI,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-83-1

_____

Before JONES, HO, and WILSON, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the conviction is VACATED.



**A True Copy**
**Certified Mar 24, 2023**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**