In the United States District Court
for the Northern District of Texas
Fort Worth Division

| | | |
|---|---|---|
| United States of America,<br>　　　Plaintiff,<br><br>v.<br><br>Zackey Rahimi,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:21-cr-00083 |

**Entry of Appearance**

Please enter my appearance as co-counsel for Defendant Zackey Rahimi.

Respectfully submitted,

/s/ J. Matthew Wright

Assistant Federal Public Defender
500 S. Taylor Street, Suite 110
Amarillo, Texas 79101
Matthew_Wright@fd.org
Texas Bar No. 24058188