# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 21, 2023

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

> Re: United States
> v. Zackey Rahimi
> No. 22-915
> (Your No. 21-11001)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 17, 2023 and placed on the docket March 21, 2023 as No. 22-915.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst



RECEIVED
By Tamara Ellis at 3:29 pm, Apr 03, 2023