RECEIVED
By Tamara Ellis at 11:30 am, Jul 05, 2023

# United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 03, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 21-11001   USA v. Rahimi
                          USDC No. 4:21-CR-83-1

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order granting certiorari.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Roeshawn Johnson, Deputy Clerk
                                        504-310-7998

cc:  Mr. William A. Glaser
     Mr. Brian W. McKay
     Mr. James Matthew Wright