# United States District Court
# Northern District of Texas
# Office of the Clerk

Fort Worth Division
501 West 10th Street Room 310
Ft. Worth, TX 76102-3673

September 13, 2023

Clerk
U.S. Supreme Court
1 First Street, NE
Washington, DC 20543

SUBJECT:   Appeal Record No. 21-11001   re: USA v Zackey Rahimi    USDC No.  4:21-CR-083-P-1

Dear Clerk:

In connection with the appeal cited above, the following documents are transmitted:

☒   Copy of the notice of appeal, order (and/or opinion) from which the appeal action is taken, and a certified copy of the docket sheet.

☐   Copy of the notice of cross-appeal, order (and/or opinion) from which the appeal action is taken, and a certified copy of the docket sheet.

☒   Record on appeal consisting of _____1_____ volume(s) of the record;

____2____Volume(s) of the transcript          _____Volume(s) of depositions

_____Container(s) of exhibits                _____Folder(s) of State Court Papers

____8____Sealed documents                     _____Audio Visual Tapes

ORIGINAL DOCUMENT(S) ENCLOSED--RETURN TO DISTRICT COURT

☐   Supplemental record, including updated docket entries

☐   Other: _____

In regard to the notice of appeal, the following additional information is furnished:

☐   The Court of Appeals docket fee    has  been paid

☐   This case is proceeding *in forma pauperis*

☐   A motion to proceed *in forma pauperis* on appeal is currently pending in district court.

☐   This case proceeded pursuant to 28 U.S.C. §1915 of the Prison Litigation Reform Act.

☐   The presiding judge entering the final judgment is: _____

☐   The court reporter assigned to this case is: _____

☐   This case was decided without a hearing, therefore there will be no transcript.

☐   UPS or FedEx Tracking #: _____

Sincerely,
KAREN MITCHELL
Clerk of Court

By: /s/Tamara L. [...]
Deputy Clerk

cc: