FILED
September 30, 2024
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 30, 2024
Lyle W. Cayce
Clerk

_____

No. 21-11001

_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

ZACKEY RAHIMI,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-83-1

_____

ON PETITION FOR REHEARING

Before JONES, HO, and WILSON, *Circuit Judges*.

PER CURIAM:

　　IT IS ORDERED that the petition for rehearing is DENIED.